**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEREMY KENNEDY,                                                                        PLAINTIFF
ADC #093061

v.                                              5:14CV00316-JM-JJV

RORY GRIFFIN, Deputy
Director, ADC; *et al*.                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 1) is DENIED.

2.      If Plaintiff wishes to continue this case, he is required to submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case.  Upon receipt of the motion and full payment, the case will be reopened.

3.      Plaintiff's Complaint is DISMISSED without prejudice.

DATED this 8th day of September, 2014.

_____
JAMES M.  MOODY, JR.
UNITED STATES DISTRICT JUDGE